UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In the Matter of: Dennis and Renatta Robinson, Debtors | Chapter 13<br>Case No. 15-23659-gmh |

NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN

Dennis and Renatta Robinson, by and through their attorneys, have filed papers with the court requesting modification of the Chapter 13 Plan in the above case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to modify the plan as proposed, or if you want the court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

File with the court a written request for hearing which shall contain a short and plain statement of the factual and legal basis for the objection. File your written request at:

U. S. Courthouse - Clerk of Bankruptcy Court
517 E. Wisconsin Avenue
Milwaukee, WI 53202-4581

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. You must also mail a copy to:

Michael S. Georg
Debt Advisors, SC
2600 N. Mayfair Rd., Suite #700
Milwaukee, WI 53226

If you or your attorney do not take these steps, the court may decide that you do not oppose the request and may enter an order modifying the Plan.

Debt Advisors, SC
2600 N. Mayfair Road, Suite 700
Milwaukee, WI 53226
T: 414-755-2400
F: 414-257-0172

# REQUEST TO MODIFY CHAPTER 13 PLAN

1. The Proponent of this modification is:

    __X__ the Debtors;

    _____ the Chapter 13 Trustee (post-confirmation modifications only);

    _____ the holder of an unsecured claim (Name:_____) (post-confirmation modifications only).

2. This is a request to modify a Chapter 13 Plan (Select A. or B.):

    A. ____ post-confirmation;

    B. __X__ pre-confirmation (Select i. or ii.):

        i. __X__ Debtor(s)/Debtor(s) attorney certifies that the proposed modification does not materially adversely affect creditors (Local Bankruptcy Rule 3015(b)); or

        ii. ____ Debtor(s)/Debtor(s) attorney certifies that the proposed modification materially adversely affects only the following creditors and a copy of the modification has been served on them (Local Bankruptcy Rule 3015(b)). The creditors affected are:

3. The Proponent wishes to modify the Chapter 13 Plan to do the following: **Increase the monthly Chapter 13 payment to make the plan feasible, to account for the secured claims of Wells Fargo Bank, claims #6 and #10, and to reduce the amount paid to general unsecured creditors.**

4. The reason(s) for the modification is/are: **the Debtors' plan is not currently feasible.**

5. Select A. or B.

    A. __ The Chapter 13 Plan confirmed or last modified on is modified as follows:

B. _X_ The unconfirmed Chapter 13 Plan dated April 17, 2015 - is modified as follows:

**The Debtor's monthly plan payment shall increase to $738.00 per month beginning in August 2015. The increase is necessary to account for the claims of Wells Fargo Bank, claims #6 and #10. After all other classes have been paid, Trustee will pay to creditors with allowed general unsecured claims a pro rata share of not less than $0.00 or 0%, whichever is greater.**

All remaining terms and provisions of the Plan are unaffected unless specifically addressed herein. In the event of a conflict between the original Plan and the modification set forth above, the latter shall supersede and control.

6. **BY SIGNING BELOW THE PROPONENT OF THE MODIFICATION CERTIFIES THAT, AFTER REVIEW OF THE MODIFICATION AND ALL OTHER TERMS AND PROVISIONS OF THE PLAN, THOSE REMAINING TERMS AND PROVISIONS OF THE PLAN ARE CONSISTENT WITH THE PROPOSED MODIFICATIONS.**

   **WHEREFORE**, the Proponent requests that the court approve the modification to the Chapter 13 Plan as stated herein.

   Dated this 2nd day of July, 2015

**DEBT ADVISORS, S.C.**
/s/ Michael S. Georg
Michael S. Georg, # 1029502

Debt Advisors, SC
2600 N. Mayfair Road, Suite 700
Milwaukee, WI 53226
T: 414-755-2400
F: 414-257-0172

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In the Matter of: Dennis and Renatta Robinson, Debtors | Chapter 13 Case No. 15-23659-gmh |

## CERTIFICATE OF MAILING

The undersigned, an Attorney, does hereby certify that a copy of the Motion to Modify Chapter 13 Plan filed this day, was electronically served or mailed on July 2, 2015 to the parties listed below to:

1. United States Trustee's Office, via ECF.

2. Rebecca R. Garcia, Chapter 13 Trustee, via ECF.

3. List of Creditors (attached).

4. Debtor.

Dated this 2nd day of July, 2015

**DEBT ADVISORS, S.C.**
/s/ Michael S. Georg
Michael S. Georg, # 1029502

Debt Advisors, SC
2600 N. Mayfair Road, Suite 700
Milwaukee, WI 53226
T: 414-755-2400
F: 414-257-0172

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0757-2<br>Case 15-23659-gmh<br>Eastern District of Wisconsin<br>Milwaukee<br>Thu Jul  2 13:56:01 CDT 2015 | Nationstar Mortgage LLC<br>c/o Gray & Associates, L.L.P<br>16345 West Glendale Drive<br>New Berlin, WI 53151-2841 | Advanced Radiology PC<br>P.O. Box 11686<br>Jackson, TN 38308-0128 |
| American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK  73126-8941 | Attorney James Hemmer<br>3755 E. Van Norman Ave.<br>Cudahy, WI 53110-1120 | BMO Harris Bank N.A.<br>Attn: BRK-180-RC<br>770 N. Water St.<br>Milwaukee, WI 53202-0002 |
| Aby/cbna<br>50 Northwest Point Road<br>Elk Grove Village, IL 60007-1032 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bureaus Investment Group Portfolio No 15 LL<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 |
| Cap1/bostn<br>Po Box 30253<br>Salt Lake City, UT 84130-0253 | Cap1/bstby<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Cap1/mnrds<br>26525 N Riverwoods Blvd<br>Mettawa, IL 60045-3440 |
| Capital One<br>Po Box 5253<br>Carol Stream, IL 60197-5253 | Chase Mtg<br>Po Box 24696<br>Columbus, OH 43224-0696 | Citibank/The Home Depot<br>Citicorp Credit Srvs/Centralized Bankrup<br>Po Box 790040<br>Saint Louis, MO 63179-0040 |
| City of Milwaukee<br>200 E. Wells St. Room 103<br>Milwaukee, WI 53202-3546 | Comenity Bank/bstonstr<br>3100 Easton Square Pl<br>Columbus, OH 43219-6232 | Department Stores National Bank For Macys B<br>Bankruptcy Processing<br>Po Box 8053<br>Mason, OH 45040-8053 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850-5316 | Dsnb Macys<br>9111 Duke Blvd<br>Mason, OH 45040-8999 |
| Emergency Medical Care Facilities PC<br>P.O. Box 197504<br>Nashville, TN 37219-7504 | Fed Loan Serv<br>Po Box 60610<br>Harrisburg, PA 17106-0610 | Fifth Third Bank<br>Fifth Third Bank Bankruptcy Department,<br>1830 E Paris Ave Se<br>Grand Rapids, MI 49546-6253 |
| Furniturebar<br>Po Box 94498<br>Las Vegas, NV 89193-4498 | G M A C<br>15303 S 94th Ave<br>Orland Park, IL 60462-3825 | GECRB/JC Penny<br>Attention: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 |
| GECRB/Mills Fleet Farm<br>Attention: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | GECRB/Sams Club<br>Gecrb/Sams Club<br>Po Box 103104<br>Roswell, GA 30076-9104 | GECRB/Steinhafels<br>Attention: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 |

| | | |
|---|---|---|
| Harris N.a.<br>Bmo Harris Bank - Bankruptcy Dept.-Brk-1<br>770 N Water Street<br>Milwaukee, WI 53202-0002 | Hub City Emergency Physicians<br>P.O. Box 41999<br>Philadelphia, PA 19101-1999 | Internal Revenue Service<br>Department of the Treasury<br>Po Box 7346<br>Philadelphia, PA 19101-7346 |
| Jackson-Madison County General Hospital<br>P.o. Box 3855<br>Jackson, TN 38303-3855 | (p)LANDMARK CREDIT UNION<br>P O BOX 510870<br>NEW BERLIN WI 53151-0870 | Landmark Credit Union<br>5445 Sw Ridge Dr.<br>New Berlin, WI 53151 |
| Michael P Szatalowicz<br>5568 N. 76th St.<br>Milwaukee, WI 53218-2725 | Milwaukee County Clerk of Court<br>901 N. 9th St.<br>Milwaukee, WI 53233-1453 | (p)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 |
| North Shore<br>15700 W. Bluemound<br>Brookfield, WI 53005-6073 | Office of the U. S. Trustee<br>517 East Wisconsin Ave.<br>Room 430<br>Milwaukee, WI 53202-4510 | Professional Account Services Inc.<br>P.O. Box 188<br>Brentwood, TN 37024-0188 |
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Regional Hospital of Jackson<br>P.O. Box 501077<br>Saint Louis, MO 63150-1077 | Sams Club / GEMB<br>Attention: Bankruptcy Department<br>Po Box 103104<br>Roswell, GA 30076-9104 |
| Slm Entities/glelsi<br>Great Lakes Borrow Services<br>Po Box 7860<br>Madison, WI 53707-7860 | Special Procedures Unit<br>Wisconsin Department of Revenue<br>PO Box 8901<br>Madison, WI 53708-8901 | Syncb/care Credit<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 |
| The Bureaus Inc.<br>Attention: Bankruptcy Dept.<br>1717 Central St.<br>Evanston, IL 60201-1507 | Valley Grove Inpat Srvcs, PLLC<br>P.O. Box 37967<br>Philadelphia, PA 19101-0567 | Wells Fargo Bank, N.A.<br>PO Box 10438<br>Des Moines, IA 50306-0438 |
| Wells Fargo Home Projects Visa<br>Wells Fargo Financial<br>. Home Campus 3rd Floor<br>Des Moines, IA 50328-0001 | Wi Electric / Wi Energies<br>Attention: Jill Costello<br>Po Box 2046 Room A130<br>Milwaukee, WI 53201-2046 | Worlds Foremost Bank N<br>4800 Nw 1st Street<br>Lincoln, NE 68521-4463 |
| Dennis A Robinson<br>3941 N. 63rd St.<br>Milwaukee, WI 53216-2112 | Michael S. Georg<br>Debt Advisors, S.C.<br>2600 N. Mayfair Road<br>#700<br>Milwaukee, WI 53226-1314 | Rebecca R. Garcia<br>Chapter 13 Trustee<br>PO Box 3170<br>Oshkosh, WI 54903-3170 |
| Benetta B. Robinson<br>3941 N. 63rd St.<br>Milwaukee, WI 53216-2112 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| k Of Amer<br>o Box 982235<br>l Paso, TX 79998 | LANDMARK CREDIT UNION<br>P.O. BOX 510870<br>NEW BERLIN, WI 53151-0870 | Nationstar Mortgage<br>350 Highland Drive<br>Centex Home Equity Co.<br>Lewisville, TX 75019 |
| (d)Nationstar Mortgage LLC<br>O Box 619096<br>allas, TX 75261-9741 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Us Bk Rms Cc

End of Label Matrix
Mailable recipients   57
Bypassed recipients    1
Total                 58