| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor 1 | Dennis A. Robinson |
| Debtor 2 (Spouse, if filing) | Renetta B. Robinson |
| United States Bankruptcy Court for the: | Eastern District of Wisconsin (State) |
| Case number | 2:15-bk-23659-gmh |

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust

**Court claim no.** (if known): 9-1

**Last 4 digits** of any number you use to identify the debtor's account: 8865 ____ ____

**Property address:** 3941 N. 63rd Street
Number    Street

_____

Milwaukee, WI 53216-2112
City        State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 10 / 1 / 2020
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:          (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ _____

c. **Total**. Add lines a and b.                (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___/____/_____
MM / DD / YYYY

| Debtor 1 | Dennis A. Robinson and Renetta B. Robinson | Case number (*if known*) | 2:15-bk-23659-gmh |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Michelle R. Ghidott-Gonsalves, Esq.   Date 10/27/2020
  Signature

Print: Michelle R. Ghidott-Gonsalves     Title: Counsel for Secured Creditor

Company: Ghidotti Berger, LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 1920 Old Tustin Avenue

Santa Ana, CA 92705

Contact phone: (949) 427 – 2010       Email: bknotifications@ghidottiberger.com

Form 4100R          **Response to Notice of Final Cure Payment**          page **2**
Case 15-23659-gmh    Doc 66    Filed 10/27/20    Page 2 of 4

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

In re:  ) CASE NO.: 2:15-bk-23659-gmh
)
**DENNIS A. ROBINSON** ) Chapter 13
**RENETTA B. ROBINSON,** )
)
Debtor(s).  ) **CERTIFICATE OF SERVICE**
) **OF RESPONSE TO NOTICE OF**
) **FINAL CURE PAYMENT**

## CERTIFICATE OF SERVICE

I am employed in the County of Miami-Dade, State of Florida. I am over the age of eighteen and not a party to the within action. My business address is: 1031 North Miami Beach Blvd., North Miami Beach, FL 33162.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

1

CERTIFICATE OF SERVICE

On October 27, 2020, I served the following documents described as:

- **RESPONSE TO NOTICE OF FINAL CURE PAYMENT**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| | |
|---|---|
| *Debtor* | *Joint Debtor* |
| **Dennis A Robinson** | **Renetta B. Robinson** |
| 3941 N. 63rd Street | 3941 N. 63rd Street |
| Milwaukee, WI 53216 | Milwaukee, WI 53216 |
| | |
| *Debtor's Counsel* | *Trustee* |
| **Michael S. Georg, Esq.** | **Rebecca R. Garcia** |
| Debt Advisors, S.C. | Chapter 13 Trustee |
| 2600 N. Mayfair Road, #700 | P.O. Box 3170 |
| Milwaukee, WI 53226 | Oshkosh, WI 54903-3170 |

*U.S. Trustee*
**Office of the U. S. Trustee**
517 East Wisconsin Avenue, Room 430
Milwaukee, WI 53202

__xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx_ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 27, 2020 at North Miami Beach, Florida.

/*s / Ricardo Becker*
Ricardo Becker

2

CERTIFICATE OF SERVICE